## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Counts 1, 4, 7 &10: SEVENTY (70) MONTHS each count to run concurrently; Count 3: EIGHTY-FOUR (84) MONTHS to run consecutively .

☒ The Court makes the following recommendations to the Bureau of Prisons:
- Participation in the Federal Inmate Financial Responsibility Program.
- Participation in any available substance abuse treatment program and if eligible, receive benefits of 18:3621(e)(2).
- Participation in any available mental health treatment programs as may be recommended by a Mental Health Professional.
- Participation in any available educational and vocational opportunities.
- Placed in a facility as close to Alabaster, AL as possible, consistent with the needs of BOP.

☒ The Defendant is remanded to the custody of the United States Marshal.

☐ The Defendant shall surrender to the United States Marshal for this District:

    ☐ As notified by the United States Marshal.
    ☐ At _ on _.

☐ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ As notified by the United States Marshal.
    ☐ Before 2 p.m. on _.
    ☐ As notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

Defendant delivered on 12/06/2016 to US Penitentiary Lee at Jonesville, VA , with a certified copy of this Judgment.

C. Ratledge, Warden
~~United States Marshal~~

By: _____, CSO
~~Deputy Marshal~~

FILED
CHARLOTTE, NC

FEB 1 0 2017

US District Court
Western District of NC